# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                              Case No.:  15−18401−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John A Kovacs
   60 Butterfly Rd
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−1550

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/3/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 4, 2017
JAN: ckk

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John A Kovacs  
     Debtor

Case No. 15-18401-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 04, 2017  
                 Form ID: 148     Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2017.

```
db         +John A Kovacs,    60 Butterfly Rd,    Jackson, NJ 08527-2834
cr         +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
             Mt. Laurel, NJ 08054-3437
cr         +Green Tree Servicing LLC,    Robertson, Anschutz & Schneid, P.L,    6409 Congress ave.,
             Suite 100,    Suite 100,    Boca raton, FL 33487-2853
515493030  +Buckley Madole, P.C.,    99 Wood Ave South,    Suite 803,    Iselin, NJ 08830-2713
515493040  +Citibank,    Attn: LTD Financial Services, L.P.,    7322 Soutwest Freeway,    Suite 1600,
             Houston, TX 77074-2134
515493041  +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
515493043   Colts Head Vetrinary Services P.C.,    15 Hidden Pines Dr,    Millstone Township, NJ 08510-1214
515493045   Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
515493046  +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
515493052  +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
             Mount Laurel, NJ 08054-7269
515493058  +ROI Services Inc/Shoprite,    P.O. Box 39,    Zebulon, NC 27597-0039
515640553  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,    Department of Treasury,
             Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
515493059   Solomon and Solomon P.C.,    Columbia Circle,    P.O. Box 15019,    Albany, NY 12212-5019
515493060  +State of New Jeresy Division of Taxation,    Revenue Processing Center,    PO Box 111,
             Trenton, NJ 08645-0111
515493061   TD Bank,    380 U.S. 206,    Hillsborough, NJ 08844-4636
515493062  +TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 04 2017 22:47:28     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2017 22:47:22     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
515493023  +EDI: AMEREXPR.COM May 04 2017 22:23:00      American Express,    P.o. Box 981537,
             El Paso, TX 79998-1537
515493022   EDI: AMEREXPR.COM May 04 2017 22:23:00      American Express,    P.O. Box 360002,
             Fort Lauderdale, FL 33336-0002
515493021  +EDI: BECKLEE.COM May 04 2017 22:23:00      American Express,    Po Box 3001,
             16 General Warren Blvd,    Malvern, PA 19355-1245
515670811   EDI: BECKLEE.COM May 04 2017 22:23:00      American Express Centurion Bank,
             c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515493024   EDI: BANKAMER.COM May 04 2017 22:23:00      Bank Of America,    Attention: Recovery Department,
             4161 Peidmont Pkwy.,    Greensboro, NC 27410
515493026   EDI: BANKAMER.COM May 04 2017 22:23:00      Bank of America,    PO Box 982236,
             El Paso, TX 79998-2236
515493027   EDI: BANKAMER.COM May 04 2017 22:23:00      Bank Of America,    De5-019-03-07,    Newark, DE 19714
515493025  +EDI: BANKAMER.COM May 04 2017 22:23:00      Bank of America,
             Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
515493028  +EDI: BANKAMER.COM May 04 2017 22:23:00      Bank of America,    450 American St,
             Simi Valley, CA 93065-6285
515493029  +EDI: BANKAMER.COM May 04 2017 22:23:00      Bank of New York,    P.O. Box 1597,
             Norfolk, VA 23501-1597
515508478  +EDI: OPHSUBSID.COM May 04 2017 22:23:00      CANDICA, LLC,    C O WEINSTEIN & RILEY, PS,
             2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515493036   EDI: CAPITALONE.COM May 04 2017 22:23:00      Capital One,    Po Box 85520,    Richmond, VA 23285
515493032  +EDI: CAPITALONE.COM May 04 2017 22:23:00      Capital One,    Po Box 30253,
             Salt Lake City, UT 84130-0253
515493031  +EDI: CAPITALONE.COM May 04 2017 22:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
515605766   EDI: CAPITALONE.COM May 04 2017 22:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC  28272-1083
515493039  +EDI: CHASE.COM May 04 2017 22:23:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515493047  +E-mail/Text: fggbanko@fgny.com May 04 2017 22:46:43     Forster, Garbus & Garbus,
             7 Banta Place,    Hackensack, NJ 07601-5604
515493049  +EDI: RMSC.COM May 04 2017 22:23:00      GECRB/JC Penny,    Po Box 965007,
             Orlando, FL 32896-5007
515493048  +EDI: RMSC.COM May 04 2017 22:23:00      GECRB/JC Penny,    Attention: Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
515600159   E-mail/Text: bankruptcy.bnc@ditech.com May 04 2017 22:47:07     Green Tree Servicing LLC,
             PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
515493050  +E-mail/Text: bankruptcy.bnc@ditech.com May 04 2017 22:47:07     Green Tree Servicing L,
             Po Box 6172,    Rapid City, SD 57709-6172
515600160  +E-mail/Text: bankruptcy.bnc@ditech.com May 04 2017 22:47:07     Green Tree Servicing LLC,
             PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
515493051   EDI: IRS.COM May 04 2017 22:23:00      Internal Revenue Service (IRS),    Department of Treasury,
             P.O. Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: May 04, 2017
                              Form ID: 148              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515493055        EDI: PRA.COM May 04 2017 22:23:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
515493053        EDI: PRA.COM May 04 2017 22:23:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
515721679        EDI: PRA.COM May 04 2017 22:23:00      Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
515703356        EDI: PRA.COM May 04 2017 22:23:00      Portfolio Recovery Associates, LLC,
                 c/o HSBC Bank Nevada, N.A.,    POB 41067,    Norfolk VA 23541
515493063       +E-mail/Text: office@ubtfcu.org May 04 2017 22:47:17       Union Bldg Trades Fcu,    Po Box 6270,
                 Parsippany, NJ 07054-7270
515493064        EDI: HFC.COM May 04 2017 22:23:00      Union Plus Credit Card,    P.O. Box 80027,
                 Salinas, CA 93912-0027
515493065       +EDI: BLUESTEM May 04 2017 22:23:00      Webbank/fingerhut,    6250 Ridgewood Roa,
                 Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515493037*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,      Po Box 85520,    Richmond, VA 23285)
515493038*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,      Po Box 85520,    Richmond, VA 23285)
515493035*      +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
515493033*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515493034*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515493042*      +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
515493044*       Colts Head Vetrinary Services P.C.,     15 Hidden Pines Dr,    Millstone Township, NJ 08510-1214
515493056*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,      120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
515493054*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,      Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
515493057      ##+RJM Acquisitions LLC,    575 Underhill Blvd. Suite 224,     Syosset, NY 11791-3416
                                                                                         TOTALS: 0, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert Russo     docs@russotrustee.com
              Albert Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Debtor John A Kovacs abgillman@optonline.net,
               r47252@notify.bestcase.com
              Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC mrosenblatt@rasflaw.com
                                                                                              TOTAL: 7
```